UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Darlene K. Hasko

Case No.: _____16-20618_____

Chapter: _____7_____

Judge: _____JNP_____

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL
# DOCUMENTS CONCERNING SCHEDULES

TO: Rex Roldan, Esquire

This will confirm that on _____August 24, 2016,_____ the following document(s) was filed by you.

☒ Amendment to Schedule(s) ___A/B, J_____,

☐ Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

☐ A Declaration About an Individual Debtor's Schedules

☒ An updated Summary of Your Assets and Liabilities and Certain Statistical Information if necessary

☐ Declaration Under Penalty of Perjury for Non-Individual Debtors

☐ An updated Summary of Assets and Liabilities for Non-Individuals if necessary

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: _____August 29, 2016_____        James J. Waldron, Clerk

*new.12.1.15*

United States Bankruptcy Court
District of New Jersey

In re:  
Darlene K. Hasko  
      Debtor

Case No. 16-20618-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Aug 29, 2016  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2016.  
db            +Darlene K. Hasko,    1140 Snyder Avenue,    West Deptford, NJ 08093-1949

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2016                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2016 at the address(es) listed below:  
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Joshua I. Goldman    on behalf of Creditor    First Guaranty Mortgage Corporation jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Rex J. Roldan    on behalf of Debtor Darlene K. Hasko roldanlaw@comcast.net  
                                                                                                          TOTAL: 3