UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Michael E. Blaine, Esq. (ID #018132006)
Schiller, Knapp, Lefkowitz & Hertzel, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
518-786-9069
Attorneys for Creditor, TD Bank, NA

In Re:

DARLENE K. HASKO

Case No.: 16-20618-JNP

Adv. No.:

Chapter: 13

Hearing Date: 01/24/2017

Judge: Jerrold N. Poslusny, Jr.

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, _Michael E. Blaine_,

   ☒ am the attorney for: _TD Bank, N.A._

   ☐ am self-represented

   Phone number: _518-786-9069_

   Email address: _MBlaine@Schillerknapp.com_

2. I request an adjournment of the following hearing:

   Matter: _Motion for Relief from Automatic Stay_

   Current hearing date and time: _01/24/2017, 10:00 am_

   New date requested: _02/21/2017_

   Reason for adjournment request: _Debtor is in progress of pursuing a loan modification._
   _Parties would like additional time to resolve the Motion for Relief._

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: January 19, 2017                             /s/ Michael E. Blaine
                                                   Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted           New hearing date: 2/21/2017 at 10 am       ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*