UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
First Guaranty Mortgage Corporation

**Order Filed on April 19, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:
    Darlene K. Hasko,

Debtor.

Case No.: 16-20618-JNP

Adv. No.:

Hearing Date: 3/28/2017 @ 10:00 a.m.

Judge: Jerrold N. Poslusny, Jr.

# ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: April 19, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Darlene K. Hasko
Case No: 16-20618-JNP
Caption of Order: ORDER CURING POST-PETITON ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY
_____

   This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, First Guaranty Mortgage Corporation, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 1140 Snyder Avenue, West Deptford, NJ 08093, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Rex Roldan, Esq., attorney for Debtor, and for good cause having been shown

   It is **ORDERED, ADJUDGED and DECREED** that as of March 15, 2017 Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due December 2016 through March 2017 for a total post-petition default of $2,927.00 (4 @ $776.34 less $178.36 in suspense); and

   It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $2,927.00 will be paid by Debtor remitting $487.84 per month in addition to the regular monthly mortgage payment, which additional payments shall begin on April 1, 2017 and continue for a period of six months until the post-petition arrears are cured; and

   It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume April 1, 2017, directly to Secured Creditor's servicer, RoundPoint Mortgage Servicing Corporation., P.O. Box 19409, Charlotte, NJ 28219-9409 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

   It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

   It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

   It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan; and

**(Page 3)**
Debtor:  Darlene K. Hasko
Case No:  16-20618-JNP
Caption of Order:  ORDER CURING POST-PETITON ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY
_____

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Darlene K. Hasko  
    Debtor

Case No. 16-20618-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Apr 19, 2017  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2017.
db         +Darlene K. Hasko,   1140 Snyder Avenue,   West Deptford, NJ 08093-1949

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2017                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2017 at the address(es) listed below:
      Denise E. Carlon   on behalf of Creditor   First Guaranty Mortgage Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
      Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
      Joshua I. Goldman   on behalf of Creditor   First Guaranty Mortgage Corporation jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Michael E. Blaine   on behalf of Creditor   TD Bank, N.A. mblaine@schillerknapp.com, tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com  
      Rex J. Roldan   on behalf of Debtor Darlene K. Hasko roldanlaw@comcast.net  
                                                 TOTAL: 6