UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036

**In Re:**

**DARLENE K. HASKO**

**Debtor**

Case No.: 16-20618-JNP

Chapter 13

Hearing Date: July 11, 2017

Judge: Jerrold N. Poslusny, Jr.

## ADJOURNMENT REQUEST

1. I, Jason Brett Schwartz:

    ✓ am the attorney for Westlake Financial Services

    ☐ am self represented,

    And request an adjournment of the following hearing for the reason set forth below.

    Matter: Motion for Relief from Automatic Stay.

    Current hearing date and time: July 11, 2017 at 10:00 a.m.

    New date requested: August 8, 2017 at 10:00 a.m.

    Reason for adjournment request: Working towards a resolution. Gathering information to aid in the process.

2. Consent to adjournment:

    ✓ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below)

    I certify under penalty of perjury that the foregoing is true.

    Date: July 7, 2017         /s/ Jason Brett Schwartz
                                             Signature

**COURT USE ONLY:**

The request for adjournment is:

☒Granted          ☐New hearing date: 8/8 at 10     ☐Peremptory

☐Granted over objections(s)  ☐New hearing date:           ☐Peremptory

☐Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**