UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036

**Order Filed on June 27, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

**In Re:**

**DARLENE K. HASKO**

        **Debtor**

Case No.: 16-20618-JNP

Judge: Jerrold N. Poslusny, Jr.

## ORDER VACATING STAY

    The Relief set forth on the following pages, numbered two (2) through <u>two (2)</u> is hereby

**ORDERED**.

**DATED: June 27, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

2

| | |
|---|---|
| Debtors: | Darlene K. Hasko |
| Case No.: | 16-20618-JNP |
| Caption of Order: | Order Vacating Stay as To Personal Property |

Upon consideration of Westlake Financial Services's Motion for an Order Vacating the Automatic Stay as to certain personal property hereinafter set forth, and good cause appearing; therefore, it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code 362(a) is vacated to permit the Movant to pursue its rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further ORDERED** that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

☒ Personal property more fully described as:
**2014 TOYOTA Corolla LE Sedan 4D**
**V.I.N. 5YFBURHE0EP143786**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-20618-JNP
Darlene K. Hasko                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1              Date Rcvd: Jun 27, 2018
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2018.
db             +Darlene K. Hasko,    1140 Snyder Avenue,    West Deptford, NJ 08093-1949

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    First Guaranty Mortgage Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Jason Brett Schwartz    on behalf of Creditor    Westlake Financial Services
               jschwartz@mesterschwartz.com
              Joshua I. Goldman    on behalf of Creditor    First Guaranty Mortgage Corporation
               jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Michael E. Blaine    on behalf of Creditor    TD Bank, N.A. mblaine@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;sbatcher@schillerknapp.com;ahight@schillerk
               napp.com;sbatcher@schillerknapp.com
              Rebecca Ann Solarz    on behalf of Creditor    First Guaranty Mortgage Corporation
               rsolarz@kmllawgroup.com
              Rex J. Roldan    on behalf of Debtor Darlene K. Hasko roldanlaw@comcast.net,
               r43760@notify.bestcase.com
              Robert P. Saltzman    on behalf of Creditor    First Guaranty Mortgage Corporation dnj@pbslaw.org
                                                                                              TOTAL: 9