UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 16-20618 (JNP) |
| DARLENE K. HASKO | Chapter: | 13 |
| | Judge: | Jerrold N. Poslusny |

**NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY**

_____Darlene K. Hasko_____, _____debtor_____, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:   United States Bankruptcy Court
U.S. Post Office and Courthouse
401 Market Street
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny, Jr.__ on __12/04/2018__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __4C__, __400 Cooper Street, 4th Floor, Camden, NJ 08101__ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action:   Insurance claim settlement pay out for total loss of debtor's 2014 Toyota Corolla in the amount of $10,561.80.

Pertinent terms of settlement:   Total loan payoff to Westlake Financial Services of $10,229.76, remainder of $332.04 to debtor (See attached letter dated 10/30/2018).

Objections must be served on, and requests for additional information directed to:

Name:   Rex J. Roldan, Esquire

Address:   900 Route 168, Suite I-4, Turnersville, NJ 08012

Telephone No.:   (856) 232-1425

*rev.8/1/15*

*Providing Insurance and Financial Services*
*Home Office, Bloomington, IL*



October 30, 2018

Rex J Roldan Attorney At Law
900 Route 168 Ste I4
Turnersville NJ  08012-3212

**State Farm Claims**
PO Box 52250
Phoenix AZ 85072-2250

RE:   Claim Number:      30-5505-F53
      Date of Loss:      August 24, 2018
      Vehicle Owner:     Darlene K Hasko
      Case Number:       Bankruptcy Case Number, 1620618

To whom it may concern:

A letter of direction to pay or, if concluded, discharge paperwork is being requested from you as the Trustee for bankruptcy case number 1620618  for Darlene K Hasko.

The direction to pay or discharge papers apply to proceeds from a total loss vehicle settlement for Darlene K Hasko who owns a 2014, Toyota COROLLA bearing vehicle identification number 5YFBURHE0EP143786, which was involved in a loss on August 24, 2018 and was determined to be a total loss.

The vehicle is currently financed by WestLake Financial loan number 5YFBURHE0EP143786 . We understand this loan is part of bankruptcy case number 1620618  for Darlene K Hasko The current loan payoff amount is $10,229.76 and the payoff amount is applicable until pending. If this amount has been negotiated, please advise us of the updated payoff.

Enclosed are copies of the vehicle valuation report and total loss settlement breakdown letter supporting a claim settlement value of $10,561.80 .

Please reference the State Farm® claim number 30-5505-F53 on your letter of direction to pay or discharge papers and mail to the address listed above or fax directly to State Farm Auto Claims at fax number 855-666-0964 so we may expedite settlement of this claim.

Please contact us at the telephone number listed below with any questions.

30-5505-F53
Page 2
October 30, 2018


Sincerely,


Sue Hadley
Claim Specialist
(855) 231-1590  Ext. 711
Fax: (855) 666-0964

State Farm Indemnity Company

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-20618-JNP
Darlene K. Hasko                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 2              Date Rcvd: Nov 05, 2018
                               Form ID: pdf905          Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2018.
```
db            +Darlene K. Hasko,    1140 Snyder Avenue,    West Deptford, NJ 08093-1949
516210355      Atlantic Credit & Finance SFU (ACF),    PO Box 12966,    Roanoke, VA 24030-2966
516210356     +Best Buy Credit Services,    PO Box 790441,    Saint Louis, MO 63179-0441
516210359      Citi Cards,    PO Box 6500,    Sioux Falls, SD 57117-6500
516210362      EIS Collections,    PO Box 1730,    Reynoldsburg, OH 43068-8730
516433231     +First Guaranty Mortgage Corporation,    RoundPoint Mortgage Servicing Corporatio,
               5016 Parkway Plaza Blvd, Suite 200,    Charlotte, NC 28217-1930
517553268      First Guaranty Mortgage Corporation,    c/o Rushmore Loan Management Services,    PO Box 52708,
               Irvine, CA 92619-2708
517553269     +First Guaranty Mortgage Corporation,    c/o Rushmore Loan Management Services,    PO Box 52708,
               Irvine, CA 92619-2708,    First Guaranty Mortgage Corporation,
               c/o Rushmore Loan Management Services 92619-2708
517557148     +First Guaranty Mortgage Corporation,    c/o Rushmore Loan Management Services,    PO Box 55004,
               Irvine, CA 92619-5004
516552254      First Guaranty Mortgage Corporation,    KML Law Group PC,    Sentry Office Plaza,
               216 Haddon Avenue, Suite 206,    Westmont, NJ 08108
516222214     +First Guaranty Mortgage Corporation,    Kivitz, McKeever, Lee, P.C.,
               701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
517557149      First Guaranty Mortgage Corporation,    PLUESE, BECKER & SALTZMAN, LLC,
               20000 Horizon Way, Suite 900,    Mt. Laurel, NJ 08054-4318
516210363      First National Bank of Omaha,    PO Box 3696,    Omaha, NE 68103-0696
516360954     +First National Bank of Omaha,    c/o Brumbaugh and Quandahl, P.C.,
               4885 S. 118th Street, Ste 100,    Omaha, NE 68137-2241
516210365     +Fuhrman & Edelman,    The Ellipse Building, Ste 9,    4201 Church Rd,
               Mount Laurel, NJ 08054-2231
516210367     +Mountain Summit Financial, Inc.,    635 E State Highway 20 F,    Upper Lake, CA 95485-8793
516210368     +NCB Management Services, Inc.,    PO Box 1099,    Langhorne, PA 19047-6099
516210369     +PayPal Credit,    PO Box 5138,    Lutherville Timonium, MD 21094-5138
516210370     +Roundpoint Mortgage,    5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1918
516432617     +TD Bank, N.A.,    PO Box 16029,    Lewiston, Maine 04243-9507
516434256     +TD Bank, N.A.,    Michael E. Blaine, Esq.,    30 Montgomery Street, Suite 1205,
               Jersey City, NJ 07302-3835
516210373     +Westlake Financial Services,    PO Box 54607,    Los Angeles, CA 90054-0607
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 06 2018 00:15:08     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 06 2018 00:15:06     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516210354      E-mail/Text: legal@arsnational.com Nov 06 2018 00:14:41     ARS National Services Inc.,
               PO Box 469100,    Escondido, CA 92046-9100
516210357      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 06 2018 00:24:49     Capital One,
               PO Box 30285,    Salt Lake City, UT 84130-0285
516241999      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 06 2018 00:23:56
               Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
516210360      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 06 2018 00:14:44     Comenity Bank,
               Bankruptcy Department,    PO Box 182125,    Columbus, OH 43218-2125
516354150     +E-mail/Text: bncmail@w-legal.com Nov 06 2018 00:15:17     Comenity Capital Bank,
               C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516210361      E-mail/Text: mrdiscen@discover.com Nov 06 2018 00:14:18     Discover,    PO Box 30421,
               Salt Lake City, UT 84130-0421
516220637      E-mail/Text: mrdiscen@discover.com Nov 06 2018 00:14:18     Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
516210364     +E-mail/Text: fggbanko@fgny.com Nov 06 2018 00:14:20     Forster, Garbus & Garbus,    7 Banta Pl,
               Hackensack, NJ 07601-5604
516210366      E-mail/Text: bankruptcydpt@mcmcg.com Nov 06 2018 00:15:05     Midland Funding, LLC,
               8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
516344097     +E-mail/Text: bankruptcydpt@mcmcg.com Nov 06 2018 00:15:05     Midland Funding, LLC,
               P.O. Box 2011,    Warren, MI 48090-2011
516276943      E-mail/Text: bnc-quantum@quantum3group.com Nov 06 2018 00:14:59
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
516433496      E-mail/Text: bankruptcy@td.com Nov 06 2018 00:15:10     TD Bank NA,
               c/o Schiller Knapp Lefkowitz & Hertzel L,    70 Gray Road,    Falmouth, ME 04105
516210372      E-mail/Text: bankruptcy@td.com Nov 06 2018 00:15:10     TD Bank, N.A.,    PO Box 219,
               Lewiston, ME 04243
516210371      E-mail/Text: bankruptcy@td.com Nov 06 2018 00:15:10     TD Bank, N.A.,    PO Box 84037,
               Columbus, GA 31908-4037
516429966     +E-mail/Text: bankruptcynotice@westlakefinancial.com Nov 06 2018 00:15:07
               WESTLAKE FINANCIAL SERVICES,    4751 WILSHIRE BLVD,    SUITE 100,    LOS ANGELES CA 90010-3847
                                                                                              TOTAL: 17
```

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Nov 05, 2018
                              Form ID: pdf905          Total Noticed: 39
```

         ***** BYPASSED RECIPIENTS (continued) *****

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516210358     ##Central Credit Services, LLC,   20 Corporate Hills Dr,   Saint Charles, MO 63301-3749
                                                                           TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 5, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    First Guaranty Mortgage Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Jason Brett Schwartz    on behalf of Creditor    Westlake Financial Services
               jschwartz@mesterschwartz.com
              Joshua I. Goldman    on behalf of Creditor    First Guaranty Mortgage Corporation
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Michael E. Blaine    on behalf of Creditor    TD Bank, N.A.
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknap
               p.com
              Rebecca Ann Solarz    on behalf of Creditor    First Guaranty Mortgage Corporation
               rsolarz@kmllawgroup.com
              Rex J. Roldan    on behalf of Debtor Darlene K. Hasko roldanlaw@comcast.net,
               r43760@notify.bestcase.com
              Robert P. Saltzman    on behalf of Creditor    First Guaranty Mortgage Corporation dnj@pbslaw.org
                                                                                                TOTAL: 9